IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 22-0527(c)

IN THE MATTER OF:

S.L., B.L., J.L,

Youths in Need of Care.

## ORDER

Upon consideration of Appellant Father's motion for an extension of time, affidavit in support, and good cause appearing therefore,

IT IS HEREBY ORDERED that Appellant Father is granted an extension of time to and including December 27, 2022, within which to prepare, file, and serve his Opening Brief on appeal.

No further extensions will be granted.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
November 17 2022